IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

          Plaintiff

vs                                         Civil Action No 03-**364 E**
                                            Misc No.

TIMOTHY B MOON AND
EVE L MOON

          Defendant(s)

## AFFIDAVIT OF LIENHOLDER

     Lori A. Gibson, Esquire, deposes and says that she is an Attorney with the Bernstein Law Firm, P C, Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff United States of America; herein that a diligent effort has been made to identify all persons having mortgages, judgments, or other liens on the subject premises; and that the following such persons have been mailed notice of the United States Marshal's Sale in the same form as the handbill by regular mail on July 15, 2005 at the following addresses:

        Berkheimer Associates
        3520 W. 26th Street
        Erie, PA 16506

        Venango County Tax Claim Bureau
        Courthouse
        Franklin, PA 16323

        Cranberry Area School District
        Administrative Office
        3 Education Drive
        Seneca, PA 16346

        Cranberry Township
        P.O. Box 378
        Seneca, PA 16346

NLA002562V001

Carol Gustafson, Tax Collector
P.O. Box 563
Seneca, PA 16346


Child Support Enforcement Agency
Courthouse Annex
1174 Elk Street
Franklin, PA 16323


I hereby declare, under penalty of perjury, that the foregoing is true and correct.
Executed on  11-7-05

                                                                                LORI A. GIBSON, ESQUIRE
                                                                                Attorney for Plaintiff
                                                                                PA I D #68013
                                                                                Bernstein Law Firm, P.C.
                                                                                Suite 2200 Gulf Tower
                                                                                Pittsburgh, PA 15219
                                                                                Phone: 412-456-8100
                                                                                Bernstein File No F0039390

NLA002562V001