U.S. Department of Justice  
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 03-364E  (M409E) |
| DEFENDANT | TYPE OF PROCESS |
| TIMOTHY B MOON AND EVE L MOON | HANDBILL/ATTEND SALE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
VENANGO COUNTY COURTHOUSE, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BERNSTEIN LAW FIRM, P.C.  
Suite 2200 Gulf Tower  
Pittsburgh, PA 15219  
(412) 456-8100

Number of process to be served with this Form 285:  
Number of parties to be served in this case:  
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE ATTEND MARSHAL'S SALE SCHEDULED FOR November 29, 2005 AT 11:00 am. THE OPENING BID IS $6,000.00.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: 412-456-8100  
DATE: 11-8-05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: —  
District of Origin: No. 68  
District to Serve: No. 68  
Signature of Authorized USMS Deputy or Clerk: [signed]  
Date: 11/9/05

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):  
Date: 11/29/05  
Time: 11:00 ☒ am ☐ pm  
Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to "U.S. Marshal" or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: SOLD TO: Carl Trauterman & Tina Snell  
ADDRESS: 124 East Bissell Avenue  
Oil City, PA 16301  
PHONE: 814-676-2545

AMOUNT SOLD TO HIGHEST BIDDER $ 25,000.00  
AMOUNT DEPOSITED AS OF THIS DATE $ 2,500.00

PRIOR EDITIONS MAY BE USED  
PRINT 5 COPIES:  
1. CLERK OF THE COURT  
2. USMS RECORD  
3. NOTICE OF SERVICE  
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.

FORM USM-285  
Rev. 12/15/80  
Automated 01/00