IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.                                                    Civil Action No. No 03-364Erie
                                                           Misc. No.04-009E

TIMOTHY B. MOON and
EVE L. MOON

    Defendants

## SCHEDULE OF DISTRIBUTION

    Real property cried and sold to Carl Trauterman and Tina Snell in consideration of the sum of $25,000.00. Total bid to the United States of America, acting through the United States Department of Agriculture, to be applied to the within judgment as above captioned: $23,593.75. Other amounts distributed from proceeds of the sale are set forth in detail in Exhibit "A" which is attached hereto.

                                                                       Thomas M. Fitzgerald
                                                                       United States Marshal for the
                                                                       Western District of Pennsylvania

Distribution of money received from sale of real estate of Timothy B. Moon and Eve L. Moon by Thomas M. Fitzgerald, United States Marshal, November 29, 2005 at Misc. No. 04-009Erie

Bid: $25,000.00

U.S. Marshal's Costs..................................$1,406.25

$1,406.25

Balance: $23,593.75

CAB0009105V001
1 13 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.                                     Civil Action No. No 03-364Erie
                                             Misc. No.04-9E

TIMOTHY B. MOON and
EVE L. MOON

    Defendants

## PRAECIPE TO ENTER PROOF OF PUBLICATION

To the Clerk of Court:

    Please enter the proofs of publication for the above-captioned case.

                                                                  Lori A. Gibson, Esquire

No............................ Term, 20........

## Proof of Publication in The Derrick
### UNDER ACT NO. 587, APPROVED MAY 16, 1929

STATE OF PENNSYLVANIA,
                SS:
COUNTY OF VENANGO

Edward B. Cowart, of Venango Newspapers, Inc., of the County and State aforesaid, being duly sworn, deposes and says that THE DERRICK, newspaper of general circulation published at Oil City, Pa., County and State aforesaid, was established in 1871, since which time THE DERRICK has been regularly issued in said County, and that the printed notice or publication attached hereto is exactly the same as printed in the regular edition and issue of the said THE DERRICK on the following dates, viz:

        25th of July and the 1st, 8th and 15th of August, 2005

Affiant further deposes that he is authorized by VENANGO NEWSPAPERS, INC., agent for said THE DERRICK, to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose to public sale at the Venango County Courthouse, PA hereinafter described property located at 483 Upper Sage Run Road Oil City, PA 16301 being more fully described as follows:
Property situate in the Township of Cranberry, being three parcels conveyed to Timothy B. Moon and Eve L. Moon by deed dated June 14, 1996, and Recorded in Venango County Recorder of Deeds Office at Deed Book Volume 54, Page 928 and bearing Venango County Assessment Index No. 8-45-4A.
SAID SALE to be held at the VENANGO COUNTY COURTHOUSE, PA at 11:00 a.m. prevailing standard time, on AUGUST 16, 2005.
All those certain tracts of land, together with the buildings, and improvements erected thereon described in Assessment Index No. #8-45-4A Recorded in Venango County, Assessment Office, Pennsylvania. Seized and taken in execution as the property of Timothy B. Moon and Eve L. Moon at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Miscellaneous Number 04-9E. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U.S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal

_[signature]_

Sworn to and subscribed before me this 16th day of _____ Dec _____ 2005

_[signature: Barbara J. Moffatt]_

NOTARIAL SEAL
Barbara J. Moffatt, Notary Public
Oil City, Venango County, Pennsylvania
My Commission Expires April 29, 2009

### STATEMENT OF ADVERTISING COST

Bernstein Law Firm, PC                     #2445922
%Cheryl A. Bauer, Legal Asst.
707 Grant Street  Suite 2200
Pittsburgh  PA  15219

The VENANGO NEWSPAPERS, INC., Dr.
    Agent for The Derrick

For publishing the notice or publication attached
    hereto on the above dates               $1,602.08
Probating same                                9.00
    Total                                   $1,611.08

### Publisher's Receipt for Advertising Costs

    VENANGO NEWSPAPERS, INC., agent for THE DERRICK, hereby acknowledges receipt of the aforesaid notice and publication costs, and certifies that the same have been duly paid.

                By _____